**Albert B. CUSTER, Appellant,**

v.

**Mary C. CUSTER, Respondent.**

**No. 51136.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 24, 1987.

Motion for Rehearing and/or Transfer
Denied March 25, 1987.

William E. Roussin, St. Louis, for appellant.

John D. Schneider, St. Louis, for respondent.

## ORDER

PER CURIAM.

Former husband appeals increase in maintenance awarded former wife, award of attorney's fees for former wife and court costs. He also appeals denial of Motion to Modify maintenance.

An opinion reciting the facts and restating the law would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for the order affirming the judgment. The judgment is affirmed in accordance with Rule 84.-16(b).